IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**V.**                               **CASE NO. 5:15-CR-50071**

**WILLIAM ALBERTO REYES aka**
**WILLIAM ALBERTO REYES-REYES**                                              **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 20) filed in this case on December 15, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 19).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **TENTATIVELY APPROVED**, subject to final approval at sentencing.[1]

**IT IS SO ORDERED** this 16th day of December, 2015.

                                                        */s/ Timothy L. Brooks*
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Although the Plea Agreement (Doc. 18) does not discuss possible deportation or immigration consequences of pleading guilty for individuals who are not United States citizens, Magistrate Judge Setser informed Defendant at his change of plea hearing of the potential for such consequences, and Defendant and his attorney both confirmed that they had previously discussed the potential for such consequences as well.